# EXHIBIT 5

# Exhibit 5

| BLU Products Smartphones (e.g. VIVO series and other models *) Infringement of the '790 patent ||
|---|---|
| Claim 1 | Evidence |
| 1. An interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system comprising: | The BLU Products VIVO smartphone provides an interface for receiving data from an image sensor having an imaging array and a clock generator for transfer to a processor system.<br><br>For example, an image capturing subsystem of the BLU Products VIVO smartphone has a CMOS image sensor that includes an imaging array and a clock generator. An image processing subsystem of the BLU Products VIVO smartphone includes a processor that processes image data. The BLU Products VIVO smartphone includes interface circuitry that receives image data from the image capturing subsystem and transfers the image data to the processor. The interface circuitry thereby enables the transfer of image data between the image capturing subsystem, which runs in a pixel clock domain, and the image processing subsystem, which runs in a processor clock domain. |
| a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals; | The BLU Products VIVO smartphone provides a memory for storing imaging array data and clocking signals at a rate determined by the clocking signals.<br><br>For example, the interface circuitry of the BLU Products VIVO smartphone includes a buffer module that stores the image data that is received from the image capturing subsystem. The buffer module has control and clock signal inputs. The buffer module clocks its internal and external signals at a rate that is determined by the input clock signals. This enables the buffer module to store the image data at a rate that is in accordance with the pixel clock domain of the image capturing subsystem. |

1

# Exhibit 5

| a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory; and | The BLU Products VIVO smartphone provides a signal generator for generating a signal for transmission to the processor system in response to the quantity of data in the memory. <br><br> For example, the interface circuitry of the BLU Products VIVO smartphone includes interface functionality that generates a signal when the buffer module has image data that is ready for transmission to the processor. The signal indicates that the buffer module has a frame or sub-frame of image data for the processor. |
|---|---|
| a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system. | The BLU Products VIVO smartphone provides a circuit for controlling the transfer of the data from the memory at a rate determined by the processor system. <br><br> For example, the interface circuitry of the BLU Products VIVO smartphone includes timing and control functionality that controls the transfer of image data from the buffer module to the processor. The timing and control functionality enables the image data to be transferred at a rate determined by the processor system. This enables the processor to acquire the image data at a rate that is in accordance with the processor clock domain. |

\* VIVO series smartphones and other models:

VIVO X1+ (V0311WW), VIVO X1 (V0330W), VIVO One Plus, VIVO One (V0270WW), VIVO X (V0230), VIVO XL3 (V0250WW), VIVO XL4 (V0350WW), VIVO Go (V0390WW), VIVO 8, VIVO 8L, XL3 (V0210WW), Grand M3 (G0071WW), Grand M3 (G190EQ/G190Q), Pure View (P0050WW), R2 Global (R0170WW), R2 Plus, R1 Plus, Life One X3, S1 (S0320WW), Studio J8 (S0350WW), Studio XL2, Tank Xtreme Pro (T0010UU), T470 Life One X2 Mini

2