# EXHIBIT 6

# Exhibit 6

| BLU Products Smartphones (e.g. VIVO series and other models *) Infringement of the '261 patent ||
|---|---|
| Claim 1 | Evidence |
| 1. A camera, comprising: | The BLU Products VIVO smartphone provides a camera.<br><br>For example, the BLU Products VIVO smartphone includes a camera that is capable of capturing images. |
| a camera lens; | The BLU Products VIVO smartphone provides a camera lens.<br><br>For example, the camera of the BLU Products VIVO smartphone includes an f/2.0 aperture camera lens. |
| acquisition circuitry configured to receive images via said camera lens to acquire a first field of view if said camera lens is in a first orientation and to acquire a second field of view if said camera lens is in a second orientation; | The BLU Products VIVO smartphone has acquisition circuitry configured to receive images via the camera lens to acquire a first field of view if said camera lens is in a first orientation and to acquire a second field of view if said camera lens is in a second orientation.<br><br>For example, the BLU Products VIVO smartphone has an image capturing subsystem, which includes a CMOS image sensor. The image sensor includes acquisition circuitry that converts light directed on the image sensor via the camera lens into image data in the form of pixels, thereby acquiring an image that represents a field of view corresponding to an orientation of the camera lens. The BLU Products VIVO smartphone also has an image processing subsystem, which includes a processor. When the camera is operated in a panoramic image-capturing mode, the processor receives two or more images, each representing a field of view corresponding to the orientation of the camera lens, as the camera is rotationally panned about an axis of rotation. |

# Exhibit 6

| | |
|---|---|
| perspective conversion circuitry configured to perform a perspective correction operation on at least a strip portion of said first field of view; and | The BLU Products VIVO smartphone has perspective conversion circuitry configured to perform a perspective correction operation on at least a strip portion of said first field of view.<br><br>For example, the processor of the BLU Products VIVO smartphone includes circuits that are configured to perform certain operations that are dependent on software that is currently being executed by the processor. When the camera of the BLU Products VIVO smartphone is operated in the panoramic image-capturing mode, the circuits of the processor are configured by software that corresponds to the panoramic image-capturing mode. In order to create a panoramic image from two images that each represents a respective field of view, the processor performs a perspective correction operation on at least a strip portion of the first image that represents a first field of view. The strip portion is typically in a section of the first field of view that overlaps the second field of view. |
| a viewfinder configured to display the second field of view if said camera lens is in the second orientation and to display at least a portion of the first field of view at least partially composited with the second field of view, wherein said portion of the first field of view comprises said strip portion of the first field of view. | The BLU Products VIVO smartphone has a viewfinder configured to display the second field of view if the camera is in the second orientation and to display at least a portion of the first field of view at least partially composited with the second field of view.<br><br>For example, the BLU Products VIVO smartphone includes a display that is configured as a viewfinder when the smartphone is operated in image-capturing mode. The viewfinder displays the field of view that corresponds to the orientation of the camera lens. When the camera is operated in the panoramic image-capturing mode, the viewfinder is |

2

# Exhibit 6

|  | configured to display the field of view that corresponds to the camera lens' current orientation and at least a portion of the previous field of view composited with the current field of view. The portion includes the strip that has undergone perspective correction in order to make a composite of the two fields of view. In this way, the viewfinder displays the resultant panoramic image as the camera is rotationally panned about the axis of rotation. |
|---|---|

\* VIVO series smartphones and other models:

VIVO X1+ (V0311WW), VIVO X1 (V0330W), VIVO One Plus, VIVO One (V0270WW), VIVO X (V0230), VIVO XL3 (V0250WW), VIVO XL4 (V0350WW), VIVO Go (V0390WW), VIVO 8, VIVO 8L, XL3 (V0210WW), Grand M3 (G0071WW), Grand M3 (G190EQ/G190Q), Pure View (P0050WW), R2 Global (R0170WW), R2 Plus, R1 Plus, Life One X3, S1 (S0320WW), Studio J8 (S0350WW), Studio XL2, Tank Xtreme Pro (T0010UU), T470 Life One X2 Mini

# Exhibit 6

| BLU Products Smartphones (e.g. VIVO series and other models *) Infringement of the '261 patent ||
|---|---|
| **Claim 38** | **Evidence** |
| 38. A method, comprising: | The BLU Products VIVO smartphone performs a method.<br><br>For example, the BLU Products VIVO smartphone has an image capturing subsystem, which includes a CMOS image sensor for capturing image data, and an image processing subsystem, which includes a processor for processing the image data. The image processing creates a panoramic image from two or more of the images when the BLU Products VIVO smartphone is operated in a panoramic image-capturing mode. |
| acquiring a first image; | The BLU Products VIVO smartphone acquires a first image.<br><br>For example, when the BLU Products VIVO smartphone is operated in a panoramic image-capturing mode, the image capturing subsystem acquires a first image. |
| acquiring a second image; | The BLU Products VIVO smartphone acquires a second image.<br><br>For example, when the BLU Products VIVO smartphone is operated in a panoramic image-capturing mode, the image capturing subsystem acquires a second image. |
| converting at least a portion of the first and second images from a rectilinear-based view to a cylindrical-based view based at least in part on a conversion from rectilinear to cylindrical coordinates; | The BLU Products VIVO smartphone converts at least a portion of the first and second images from a rectilinear-based view to a cylindrical-based view based at least in part on a conversion from rectilinear to cylindrical coordinates;<br><br>For example, the processor creates a panoramic image from two or more images. The images are the result of |

4

# Exhibit 6

| | |
|---|---|
| | rotationally panning the BLU Products VIVO smartphone in a given direction about an axis and along a substantially straight line while capturing adjacent images. Each image is composed of pixels arranged in a grid, thereby forming a rectilinear-based view. Each image also represents a view at a respective angle about the axis of rotation, the view thereby corresponding to a respective orientation. In order to combine the images to form a panoramic image, the processor converts at least a portion of two adjacent images (the first and second acquired images) into a cylindrical-based view. The processor does this, at least in part, by performing a conversion of the pixel coordinates of the portions of the two adjacent images from rectilinear to cylindrical coordinates. |
| compositing the at least a portion of the first and second images; | The BLU Products VIVO smartphone performs compositing the at least a portion of the first and second images.<br><br>For example, the processor composites the portion of the adjacent images (first and second images) that have undergone conversion from rectilinear to cylindrical coordinates. |
| converting a perspective of at least a strip portion of the first image from a first orientation to a second orientation, wherein said at least a portion of the first image comprises said at least said strip portion; and | The BLU Products VIVO smartphone converts a perspective of at least a strip portion of the first image from a first orientation to a second orientation, wherein said at least a portion of the first image comprises said at least said strip portion.<br><br>For example, in order to create a panoramic image from two images that each represents a respective orientation, the processor performs a perspective correction operation on at least a strip portion of the first image. The strip portion is the portion of the first image that has |

5

|  | undergone a conversion from rectilinear to cylindrical coordinates. Typically, the strip portion is in a section of the first image that overlaps the second image. |
|---|---|
| displaying the at least a portion of the first and second images. | The BLU Products VIVO smartphone displays the at least a portion of the first and second images.<br><br>For example, the BLU Products VIVO smartphone displays the portion of the first and second images that has undergone the conversion from rectilinear to cylindrical coordinates, thereby displaying the resultant panoramic image e.g. on the display of the BLU Products VIVO smartphone. |

\* VIVO series smartphones and other models:

VIVO X1+ (V0311WW), VIVO X1 (V0330W), VIVO One Plus, VIVO One (V0270WW), VIVO X (V0230), VIVO XL3 (V0250WW), VIVO XL4 (V0350WW), VIVO Go (V0390WW), VIVO 8, VIVO 8L, XL3 (V0210WW), Grand M3 (G0071WW), Grand M3 (G190EQ/G190Q), Pure View (P0050WW), R2 Global (R0170WW), R2 Plus, R1 Plus, Life One X3, S1 (S0320WW), Studio J8 (S0350WW), Studio XL2, Tank Xtreme Pro (T0010UU), T470 Life One X2 Mini